# Exhibit 2

Charted Claims:

Method Claims:15

| US10373448B2 | Cat S75 (“Accused Product”) |
| --- | --- |
| 15. A method for detecting an occupancy of an equipment by a person, comprising: | The accused product discloses a method for detecting an occupancy (e.g., wake status) of an equipment (e.g., accused product) by a person (e.g., user).<br><br>As shown below, the accused product discloses a ‘Lift to Wake’ function which detects when the accused product is occupied or held by a user (e.g., person). When a user lifts the accused product that was in idle/unoccupied condition before the lifting, it generates an acceleration motion which is measured by the IMU of the accused product, that signal is further processed by the processor of the accused product and generates a wake status (e.g., occupancy) which activates the display of the accused product, thereby detecting that it has been occupied. |

| | |
|---|---|
| | <br>https://thecatphones.com/ |

| | |
|---|---|
| | the power key is placed above the volume rocker. This requires some finger gymnastics to find the power key on what is already quite a tall phone. the good news is that this can mostly be negated buy the “lift-to-wake” feature that is present in the phone’s settings and also by using the fingerprint reader on the back. Both the volume rocker and the power buttons do have a solid feel and are responsive when pressed. They are not metal though but they do feel sturdy which is a theme throughout the phone.<br><br>https://www.coolsmartphone.com/2023/06/30/cat-s75-by-bullitt-unboxing/<br><br>If the Android smartphone is located on a table, for example, we can turn the screen on by raising it up. The feature "Lift to check phone" can be turned on or off anytime. The display is automatically turned on by the motion detection.<br><br>Android 14 Change<br>https://www.techbone.net/android/user-manual/raise-to-wake-phone |
| measuring an acceleration of at least a part of the equipment at each of | The accused product discloses measuring an acceleration of at least a part of the equipment at each of a plurality of discrete time intervals with an accelerometer unit (e.g., IMU). |

| | |
|---|---|
| a plurality of discrete time intervals with an accelerometer unit; | As shown below, the accused product discloses comprising an IMU (e.g., accelerometer unit) for measuring the acceleration generated by it when lifted by a person. The accelerations are measured by the IMU (e.g., accelerometer unit) at discrete time intervals.<br><br><br>https://thecatphones.com/ |

| | |
|---|---|
| | the power key is placed above the volume rocker. This requires some finger gymnastics to find the power key on what is already quite a tall phone. the good news is that this can mostly be negated buy the "lift-to-wake" feature that is present in the phone's settings and also by using the fingerprint reader on the back. Both the volume rocker and the power buttons do have a solid feel and are responsive when pressed. They are not metal though but they do feel sturdy which is a theme throughout the phone.<br><br>https://www.coolsmartphone.com/2023/06/30/cat-s75-by-bullitt-unboxing/<br><br>If the Android smartphone is located on a table, for example, we can turn the screen on by raising it up. The feature "Lift to check phone" can be turned on or off anytime. The display is automatically turned on by the motion detection.<br><br>Android 14 Change<br>https://www.techbone.net/android/user-manual/raise-to-wake-phone |

**S75**

**Device**

| | |
|---|---|
| **Manufacturer** | Cat |
| **Brand** | Cat |
| **Sample size** | 1 |
| **Variants** | 1 |

**Accelerometer**

| | |
|---|---|
| **Available** | ✓ |
| **Name** | icm4n607_acc |
| **Vendor** | tdk |
| **Range** | 78 m/s² |
| **Resolution** | 0.0012 m/s² |
| **Rate** | 401.2 Hz |
| **Average** | 10.074 m/s² |
| **Standard deviation** | 0.035 m/s² |

https://phyphox.org/sensordb/

| | |
|---|---|
| | TDK InvenSense **ICM-42670-P Datasheet**<br>High Performance 6-Axis MotionTracking™ IMU<br>**ICM-42670-P HIGHLIGHTS**<br>The ICM-42670-P is a high performance 6-axis MEMS MotionTracking device that combines a 3-axis gyroscope and a 3-axis accelerometer. It has a configurable host interface that supports I3C℠, $I^2C$, and SPI serial communication, features up to 2.25 Kbytes FIFO and 2 programmable interrupts with ultra-low-power wake-on-motion support to minimize system power consumption.<br>The ICM-42670-P supports the lowest gyro and accel sensor noise in this IMU class, and has the highest stability against temperature, shock (up to 20,000g) or SMT/bend induced offset as well as immunity against out-of-band vibration induced noise.<br>Other industry-leading features include on-chip APEX Motion Processing engine for gesture recognition, and pedometer, along with programmable digital filters, and an embedded temperature sensor.<br>**ICM-42670-P FEATURES**<br>• Low-Noise mode 6-axis current consumption of 0.55 mA<br>• Low-Power mode support for always-on experience<br>• Sleep Mode Current Consumption: 3.5µA<br>• User selectable Gyro Full-scale range (dps): ± 250/500/1000/2000<br>• User selectable Accelerometer Full-scale range (g): ± 2/4/8/16<br>• User-programmable digital filters for gyro, accel, and temp sensor<br>• APEX Motion Functions: Pedometer, Tilt Detection, Low-g Detection, Freefall Detection, Wake on Motion, Significant Motion Detection<br>• Host interface: 12.5 MHz I3C℠, 1 MHz $I^2C$, 24 MHz SPI<br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |

| | |
|---|---|
| | <br><br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |

## 3.2 ACCELEROMETER SPECIFICATIONS

Typical Operating Conditions, VDD = 1.8V, VDDIO = 1.8V, $T_A$=25°C, unless otherwise noted.

| PARAMETER | CONDITIONS | MIN | TYP | MAX | UNITS |
|---|---|---|---|---|---|
| **ACCELEROMETER SENSITIVITY** | | | | | |
| Full-Scale Range | ACCEL_UI_FS_SEL=0 | | ±16 | | *g* |
| | ACCEL_UI_FS_SEL=1 | | [illegible] | | [illegible] |
| | ACCEL_UI_FS_SEL=2 | | [illegible] | | [illegible] |
| | ACCEL_UI_FS_SEL=3 | | ±2 | | *g* |
| ADC Word Length | Output in two's complement format | | 16 | | bits |
| | ACCEL_UI_FS_SEL=0 | | 2,048 | | LSB/*g* |

measuring an accelration

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

| | | | | | | |
|---|---|---|---|---|---|---|
| **OTHER PARAMETERS** | | | | | | |
| Power Spectral Density | @ 10 Hz | | 100 | | µ*g*/√Hz | 1 |
| RMS Noise | Bandwidth = 100 Hz | | 1.0 | | mg-rms | 4 |
| Low Pass Filter Response | | 16 | | 180 | Hz | 2 |
| Accelerometer Startup Time | From sleep mode to valid data | | 10 | | ms | 3, 8 |
| Output Data Rate | | 1.5625 | | 1600 | Hz | 2 |

**Table 2. Accelerometer Specifications**

plurality of discrete time intervals

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

<table>
<tr>
<td></td>
<td>

**2.3 MOTION FEATURES**

ICM-42670-P includes the following motion features, also known as APEX (**A**dvanced **P**edometer and **E**vent Detection – ne**X**t gen)

- Pedometer: Tracks step count and issues a step detect Interrupt.
- Tilt Detection: Issues an interrupt when the Tilt angle exceeds 35 degrees for more than a programmable time.
- Low-g Detection: Triggers an interrupt when absolute value of accelerometer combined axis falls below a programmable threshold and stays below the threshold for a programmable time.
- Freefall Detection: Triggers an interrupt when device freefall is detected and outputs freefall duration.
- Wake on Motion (WoM): Detects motion when accelerometer samples exceed a programmable threshold. This motion event can be used to enable device operation from sleep mode.
- Significant Motion Detector (SMD): Detects significant motion based on accelerometer data.

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

</td>
</tr>
<tr>
<td>comparing in the accelerometer unit the measured accelerations to a predetermined acceleration limit value;</td>
<td>

The accused product discloses comparing in the accelerometer unit (e.g., IMU) the measured accelerations to a predetermined acceleration limit value (e.g., threshold).

As shown below, the accused product discloses comprising an IMU (e.g., accelerometer unit) for measuring the acceleration generated by it when lifted by a person. The IMU (e.g., accelerometer unit) compares the measured acceleration data (e.g., measured accelerations) with a threshold value (e.g., predetermined acceleration limit value) preset in the IMU (e.g., accelerometer unit).

</td>
</tr>
</table>

| | |
|---|---|
| | <br><br>https://thecatphones.com/ |

| | |
|---|---|
| | the power key is placed above the volume rocker. This requires some finger gymnastics to find the power key on what is already quite a tall phone. the good news is that this can mostly be negated buy the "lift-to-wake" feature that is present in the phone's settings and also by using the fingerprint reader on the back. Both the volume rocker and the power buttons do have a solid feel and are responsive when pressed. They are not metal though but they do feel sturdy which is a theme throughout the phone.  https://www.coolsmartphone.com/2023/06/30/cat-s75-by-bullitt-unboxing/ <br><br> If the Android smartphone is located on a table, for example, we can turn the screen on by raising it up. The feature "Lift to check phone" can be turned on or off anytime. The display is automatically turned on by the motion detection. <br><br> Android 14 Change <br> https://www.techbone.net/android/user-manual/raise-to-wake-phone |

**S75**

**Device**

| | |
|---|---|
| **Manufacturer** | Cat |
| **Brand** | Cat |
| **Sample size** | 1 |
| **Variants** | 1 |

**Accelerometer**

| | |
|---|---|
| **Available** | ✓ |
| **Name** | icm4n607_acc |
| **Vendor** | tdk |
| **Range** | 78 m/s² |
| **Resolution** | 0.0012 m/s² |
| **Rate** | 401.2 Hz |
| **Average** | 10.074 m/s² |
| **Standard deviation** | 0.035 m/s² |

https://phyphox.org/sensordb/

TDK InvenSense

**ICM-42670-P Datasheet**

High Performance 6-Axis MotionTracking™ IMU

**ICM-42670-P HIGHLIGHTS**

The ICM-42670-P is a high performance 6-axis MEMS MotionTracking device that combines a 3-axis gyroscope and a 3-axis accelerometer. It has a configurable host interface that supports I3C℠, I²C, and SPI serial communication, features up to 2.25 Kbytes FIFO and 2 programmable interrupts with ultra-low-power wake-on-motion support to minimize system power consumption.

The ICM-42670-P supports the lowest gyro and accel sensor noise in this IMU class, and has the highest stability against temperature, shock (up to 20,000g) or SMT/bend induced offset as well as immunity against out-of-band vibration induced noise.

Other industry-leading features include on-chip APEX Motion Processing engine for gesture recognition, and pedometer, along with programmable digital filters, and an embedded temperature sensor.

**ICM-42670-P FEATURES**

- Low-Noise mode 6-axis current consumption of 0.55 mA
- Low-Power mode support for always-on experience
- Sleep Mode Current Consumption: 3.5µA
- User selectable Gyro Full-scale range (dps): ± 250/500/1000/2000
- User selectable Accelerometer Full-scale range (g): ± 2/4/8/16
- User-programmable digital filters for gyro, accel, and temp sensor
- APEX Motion Functions: Pedometer, Tilt Detection, Low-g Detection, Freefall Detection, Wake on Motion, Significant Motion Detection
- Host interface: 12.5 MHz I3C℠, 1 MHz I²C, 24 MHz SPI

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

| | |
|---|---|
| | <br><br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |

<table>
<tr>
<td></td>
<td>

**2.3 MOTION FEATURES**

ICM-42670-P includes the following motion features, also known as APEX (**A**dvanced **P**edometer and **E**vent Detection – ne**X**t gen)

- Pedometer: Tracks step count and issues a step detect Interrupt.
- Tilt Detection: Issues an interrupt when the Tilt angle exceeds 35 degrees for more than a programmable time.
- Low-g Detection: Triggers an interrupt when absolute value of accelerometer combined axis falls below a programmable threshold and stays below the threshold for a programmable time.
- Freefall Detection: Triggers an interrupt when device freefall is detected and outputs freefall duration.
- Wake on Motion (WoM): Detects motion when accelerometer samples exceed a programmable threshold. This motion event can be used to enable device operation from sleep mode.
- Significant Motion Detector (SMD): Detects significant motion based on accelerometer data.

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

<table>
<tr>
<td>1:0</td>
<td>PED_HI_EN_TH_SEL</td>
<td>Threshold to classify acceleration signal as motion not due to steps.<br><br>High values improve vibration rejection.<br>Low values improve detection.<br><br>00: 87.89 mg<br>01: 104.49 mg (default) — predetermined acceleration limit value<br>10: 132.81 mg<br>11: 155.27 mg</td>
</tr>
</table>

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

</td>
</tr>
<tr>
<td>emitting a movement</td>
<td>The accused product discloses emitting a movement signal (e.g., motion event) with the</td>
</tr>
</table>

| | |
|---|---|
| signal with the accelerometer unit to a processor upon a consecutive number N of the measured accelerations being greater than or equal to the acceleration limit value; and | accelerometer unit (e.g., IMU) to a processor (e.g., processor of the accused product) upon a consecutive number N of the measured accelerations being greater than or equal to the acceleration limit value (e.g., threshold).<br><br>As shown below, the IMU (e.g., accelerometer unit) of the accused product emits a motion event (e.g., movement signal) to the processor of the accused product when the magnitude of the measured acceleration data events crosses the threshold value (e.g., predetermined acceleration limit value) preset in the IMU (e.g., accelerometer unit) of the accused product. |

<table>
<tr>
<td></td>
<td>



https://thecatphones.com/
</td>
</tr>
</table>

| | |
|---|---|
| | If the Android smartphone is located on a table, for example, we can turn the screen on by raising it up. The feature "Lift to check phone" can be turned on or off anytime. The display is automatically turned on by the motion detection.<br><br>Android 14 Change<br><br>https://www.techbone.net/android/user-manual/raise-to-wake-phone<br><br>**S75**<br><br>**Device**<br>**Manufacturer** Cat<br>**Brand** Cat<br>**Sample size** 1<br>**Variants** 1<br><br>**Accelerometer**<br>**Available** ✓<br>**Name** icm4n607_acc<br>**Vendor** tdk<br>**Range** 78 m/s²<br>**Resolution** 0.0012 m/s²<br>**Rate** 401.2 Hz<br>**Average** 10.074 m/s²<br>**Standard deviation** 0.035 m/s²<br><br>https://phyphox.org/sensordb/ |

| | |
|---|---|
| | TDK InvenSense **ICM-42670-P Datasheet**<br>High Performance 6-Axis MotionTracking™ IMU<br>**ICM-42670-P HIGHLIGHTS**<br>The ICM-42670-P is a high performance 6-axis MEMS MotionTracking device that combines a 3-axis gyroscope and a 3-axis accelerometer. It has a configurable host interface that supports I3C℠, I²C, and SPI serial communication, features up to 2.25 Kbytes FIFO and 2 programmable interrupts with ultra-low-power wake-on-motion support to minimize system power consumption.<br>The ICM-42670-P supports the lowest gyro and accel sensor noise in this IMU class, and has the highest stability against temperature, shock (up to 20,000g) or SMT/bend induced offset as well as immunity against out-of-band vibration induced noise.<br>Other industry-leading features include on-chip APEX Motion Processing engine for gesture recognition, and pedometer, along with programmable digital filters, and an embedded temperature sensor.<br>**ICM-42670-P FEATURES**<br>• Low-Noise mode 6-axis current consumption of 0.55 mA<br>• Low-Power mode support for always-on experience<br>• Sleep Mode Current Consumption: 3.5µA<br>• User selectable Gyro Full-scale range (dps): ± 250/500/1000/2000<br>• User selectable Accelerometer Full-scale range (g): ± 2/4/8/16<br>• User-programmable digital filters for gyro, accel, and temp sensor<br>• APEX Motion Functions: Pedometer, Tilt Detection, Low-g Detection, Freefall Detection, Wake on Motion, Significant Motion Detection<br>• Host interface: 12.5 MHz I3C℠, 1 MHz I²C, 24 MHz SPI<br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |




https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

## 2.3 MOTION FEATURES

ICM-42670-P includes the following motion features, also known as APEX (**A**dvanced **P**edometer and **E**vent Detection – ne**X**t gen)

- Pedometer: Tracks step count and issues a step detect Interrupt.
- Tilt Detection: Issues an interrupt when the Tilt angle exceeds 35 degrees for more than a programmable time.
- Low-g Detection: Triggers an interrupt when absolute value of accelerometer combined axis falls below a programmable threshold and stays below the threshold for a programmable time.
- Freefall Detection: Triggers an interrupt when device freefall is detected and outputs freefall duration.
- Wake on Motion (WoM): Detects motion when accelerometer samples exceed a programmable threshold. This motion event can be used to enable device operation from sleep mode.
- Significant Motion Detector (SMD): Detects significant motion based on accelerometer data.

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

| | | |
|---|---|---|
| | | 111: 225 samples |
| 1:0 | PED_HI_EN_TH_SEL | Threshold to classify acceleration signal as motion not due to steps.<br><br>High values improve vibration rejection.<br>Low values improve detection.<br><br>00: 87.89 mg<br>01: 104.49 mg (default) — predetermined acceleration limit value<br>10: 132.81 mg<br>11: 155.27 mg |

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

| | |
|---|---|
| | 4:3 \| WOM_INT_DUR \| Selects Wake on Motion interrupt assertion from among the following options<br>00: WoM interrupt asserted at first overthreshold event<br>01: WoM interrupt asserted at second overthreshold event<br>10: WoM interrupt asserted at third overthreshold event<br>11: WoM interrupt asserted at fourth overthreshold event<br>consecutive number N of the measured accelerations ...t it cannot be changed if WOM_EN is already enabled<br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |
| exiting the processor from an inactive mode upon receiving the movement signal and emitting an occupied signal with the processor if a current status of the equipment is unoccupied. | The accused product discloses exiting the processor (e.g., processor of the accused product) from an inactive mode (e.g., sleep mode) upon receiving the movement signal (e.g., motion event) and emitting an occupied signal (e.g., wake up signal) with the processor (e.g., processor of the accused product) if a current status of the equipment is unoccupied.<br><br>As shown below, the accused product discloses that when the 'Lift to Wake' function has been enabled on it, the processor of the accused product receives the motion event (e.g., movement signal) from the IMU (e.g., accelerometer unit) and outputs an wake up signal causing the deactivated screen of the accused product to be activated thereby, causing a change of state from the unoccupied state (e.g., transition from sleep to wake) of the accused product. |

| | |
|---|---|
| | <br><br>https://thecatphones.com/ |

| | |
|---|---|
| | If the Android smartphone is located on a table, for example, we can turn the screen on by raising it up. The feature "Lift to check phone" can be turned on or off anytime. The display is automatically turned on by the motion detection.<br><br>Android 14 Change<br><br>https://www.techbone.net/android/user-manual/raise-to-wake-phone<br><br>**S75**<br><br>**Device**<br>**Manufacturer** Cat<br>**Brand** Cat<br>**Sample size** 1<br>**Variants** 1<br><br>**Accelerometer**<br>**Available** ✓<br>**Name** icm4n607_acc<br>**Vendor** tdk<br>**Range** 78 m/s²<br>**Resolution** 0.0012 m/s²<br>**Rate** 401.2 Hz<br>**Average** 10.074 m/s²<br>**Standard deviation** 0.035 m/s²<br><br>https://phyphox.org/sensordb/ |

TDK InvenSense

# ICM-42670-P Datasheet

## High Performance 6-Axis MotionTracking™ IMU

### ICM-42670-P HIGHLIGHTS

The ICM-42670-P is a high performance 6-axis MEMS MotionTracking device that combines a 3-axis gyroscope and a 3-axis accelerometer. It has a configurable host interface that supports I3C℠, I²C, and SPI serial communication, features up to 2.25 Kbytes FIFO and 2 programmable interrupts with ultra-low-power wake-on-motion support to minimize system power consumption.

The ICM-42670-P supports the lowest gyro and accel sensor noise in this IMU class, and has the highest stability against temperature, shock (up to 20,000g) or SMT/bend induced offset as well as immunity against out-of-band vibration induced noise.

Other industry-leading features include on-chip APEX Motion Processing engine for gesture recognition, and pedometer, along with programmable digital filters, and an embedded temperature sensor.

### ICM-42670-P FEATURES

- Low-Noise mode 6-axis current consumption of 0.55 mA
- Low-Power mode support for always-on experience
- Sleep Mode Current Consumption: 3.5µA
- User selectable Gyro Full-scale range (dps): ± 250/500/1000/2000
- User selectable Accelerometer Full-scale range (g): ± 2/4/8/16
- User-programmable digital filters for gyro, accel, and temp sensor
- APEX Motion Functions: Pedometer, Tilt Detection, Low-g Detection, Freefall Detection, Wake on Motion, Significant Motion Detection
- Host interface: 12.5 MHz I3C℠, 1 MHz I²C, 24 MHz SPI

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf




https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf

| | | |
|---|---|---|
| 4:3 | WOM_INT_DUR | Selects Wake on Motion interrupt assertion from among the following options<br><br>00: WoM interrupt asserted at first overthreshold event<br>01: WoM interrupt asserted at second overthreshold event<br>10: WoM interrupt asserted at third overthreshold event<br>11: WoM interrupt asserted at fourth overthreshold event<br><br>consecutive number N of the measured accelerations t it cannot be changed if WOM_EN is already enabled |

https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-

| | |
|---|---|
| | datasheet_0.pdf<br><br>**2.3 MOTION FEATURES**<br><br>ICM-42670-P includes the following motion features, also known as APEX (**A**dvanced **P**edometer and **E**vent Detection – ne**X**t gen)<br><br>• Pedometer: Tracks step count and issues a step detect Interrupt.<br>• Tilt Detection: Issues an interrupt when the Tilt angle exceeds 35 degrees for more than a programmable time.<br>• Low-g Detection: Triggers an interrupt when absolute value of accelerometer combined axis falls below a programmable threshold and stays below the threshold for a programmable time.<br>• Freefall Detection: Triggers an interrupt when device freefall is detected and outputs freefall duration.<br>• Wake on Motion (WoM): Detects motion when accelerometer samples exceed a programmable threshold. This motion event can be used to enable device operation from sleep mode.<br>• Significant Motion Detector (SMD): Detects significant motion based on accelerometer data.<br><br>https://d17t6iyxenbwp1.cloudfront.net/s3fs-public/2026-02/ds-000451_icm-42670-p-datasheet_0.pdf |